255 So.2d 354

**STATE of Louisiana ex rel. Tommy WALDON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51973.

Dec. 13, 1971.

In re: Tommy Waldon applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Writs refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

255 So.2d 355

**FIREMAN'S FUND AMERICAN INSURANCE COMPANIES**

v.

**T. E. MILSTID d/b/a C & M Contracting Co., et al.**

No. 51940.

Dec. 13, 1971.

In re: Louisiana Concrete Products, Inc. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 253 So. 2d 571.

Writ denied. The result is correct. In Electrical Supply Co. v. Eugene Freeman, Inc., 178 La. 741, 152 So. 510, the contract and bond were recorded as required by R.S. 9:4802 (then Act No. 298 of 1926), and that bond was statutory. R.S. 9:4812 applies to private works both when there is no contract and when the contract is unrecorded as in the instant case.